UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND McGILL, | ) Case No. CV 09-5572-VBF(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| JOHN MARSHALL (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: August 4, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-5572.mdo
7/30/09